UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-152-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| STEVEN RAY DENTON | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 29 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the 8 day of December 2017.

JAMES C. DEVER, III
Chief United States District Judge